UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

CHRISTOPHER SCARPA,                          CIVIL ACTION

      Plaintiff                          NO. 3:17-CV-02107 (JBA)


VS.


PROVIDENCE & WORCESTER RAILROAD, INC., and
METRO-NORTH RAILROAD COMPANY,                SEPTEMBER 2, 2020

      Defendants


_____X


**PLAINTIFF'S PROPOSED JURY VERDICT FORM**
**WITH ACCOMPANYING INTERROGATORIES**


**LOCOMOTIVE INSPECTION ACT CLAIM AGAINST P&W**

**1. Do you find that P&W violated the Locomotive Inspection Act?**

Yes_____   No_____

[If your answer is "no", do not answer any more questions in the LIA section and go directly to page 3 and answer questions about the FELA negligence claim.  If the answer is "yes" proceed to the next question]


**2. Did that violation play any part, no matter how small, in bringing about injury to the plaintiff?**

Yes_____   No_____

[If your answer is "No", do not answer any more question in the LIA section and go directly to page 3 and answer questions about the FELA negligence claim.  If the answer is "Yes" proceed to the next question]

**3. What amount do you find will fairly and adequately compensate the plaintiff for:**

A. Past Lost earnings                                        $_____

B. Past Pain, Suffering, Mental Anguish,
   Loss of Enjoyment of Life                              $_____

C. Future Pain, Suffering, Mental Anguish,
   Loss of Enjoyment of Life                              $_____

D. Future Impairment to Earning Capacity      $_____

GENERAL VERDICT Total (Total of A+B+C=D)      $_____

[Proceed to the FELA negligence claim against P&W on page 3]

2

## FELA NEGLIGENCE CLAIM AGAINST P&W

**Interrogatory # 1:  Do you find that the defendant P&W was negligent?**

Yes_____       No_____

[If your answer to # 1 is "no," do not answer any more questions in the FELA Negligence Section and have the foreman sign and date the last page.  If your answer to # 1 is "yes," proceed to # 2.]

**Interrogatory # 2:  Did that negligence play any part, no matter how small, in bringing about injury to the plaintiff?**

Yes_____       No_____

[If your answer to # 2 is "no," do not answer any more questions in the FELA Negligence Section and have the foreman sign and date the last page.  If your answer to # 2 is "yes," proceed to Interrogatory # 3.]

**Interrogatory # 3:  Do you find that the plaintiff was contributorily negligent?**

Yes_____       No_____

[If your answer to # 3 is "no," proceed to # 5 and do not answer # 4.  If your answer to # 3 is "yes," proceed to # 4.]

**Interrogatory #4: Did any contributory negligence by the plaintiff play any part, no matter how small, in bringing about injury to the plaintiff?**

Yes_____ No_____

[If your answer is "Yes," proceed to #5.  If your answer is "NO", skip #5 and answer #6]

**Interrogatory # 5:  To what extent, expressed in a percentage, did the defendant and plaintiff's negligence contribute to his injuries?**

Defendant _____%
Plaintiff      _____%
Total must equal 100%

[Proceed to # 5]

3

**Interrogatory # 6:  What amount do you find, <u>without reduction for any contributory negligence</u>, will fairly and adequately compensate the plaintiff for:**

    A.  Past Lost earnings                                   $_____

    B.  Past Pain, Suffering, Mental Anguish,
        Loss of Enjoyment of Life, and disfigurement    $_____

    C.  Future Pain, Suffering, Mental Anguish,
        Loss of Enjoyment of Life and disfigurement    $_____

    D. Future Impairment to Earning Capacity         $_____

GENERAL VERDICT Total (Total of A+B+C=D)     $_____

**Interrogatory # 6  If your answer to # 3 and 34 were "yes," reduce the total combined amount of damages in # 6 by the percentage of plaintiff's contributory negligence that you found in #5 and enter that reduced amount in the space below:**

GENERAL VERDICT: $_____

## **NEW YORK LAW NEGLIGENCE CLAIM AGAINST METRO-NORTH**

Do you find that the defendant Metro North was negligent?  Yes_____ No_____

Did any such negligence cause injury to the plaintiff? Yes____ No_____

Do you find that the plaintiff was contributorily negligent? Yes____ No____

To what extent, expressed in a percentage, did the defendant and plaintiff's negligence contribute to his injuries?

Defendant _____%
Plaintiff       _____%
Total must equal 100%

What amount do you find, <u>without reduction for any contributory negligence</u>, will fairly and adequately compensate the plaintiff for:

    A.  Past Lost earnings                              $_____

    B.  Past Pain, Suffering, Mental Anguish,
        Loss of Enjoyment of Life, and disfigurement  $_____

    C.  Future Pain, Suffering, Mental Anguish,
        Loss of Enjoyment of Life and disfigurement   $_____

    D.  Future Impairment to Earning Capacity       $_____

  GENERAL VERDICT Total (Total of A+B+C=D)     $_____

You have now completed your deliberations.  Please sign and date this form,


_____          _____
Date                                              Foreperson

6

Respectfully submitted,

FOR THE PLAINTIFF,


By  /s/  George J. Cahill, Jr.
    George J. Cahill, Jr. (ct04485)
    Scott E. Perry (ct17236)
    CAHILL & PERRY P.C.
    43 Trumbull Street
    New Haven, Connecticut 06510
    Telephone: (203) 777-1000
    Fax: (203) 865-5904
    cahill@trainlaw.com
    scott@trainlaw.com